IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PARK PLUS, INC.

    *Plaintiff*

v.

LEXINGTON INSURANCE COMPANY

    *Defendant*

Civil Action No. 1:23-cv-00123-ELH

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Park Plus, Inc. ("Park Plus"), by its undersigned counsel, hereby gives notice, pursuant to Federal Rule 41(a), that it is dismissing this action. Park Plus recently discovered that both corporate parties were incorporated in the State of Delaware so that this Court does not have subject matter jurisdiction over this action.

    */s/ Kathleen M. McDonald*
    Federal Bar No.:00764
    Baldwin|Seraina, LLC
    111 South Calvert Street
    Suite 1805
    Baltimore, Maryland 21202
    Telephone: (410) 385-5695
    Facsimile: (443) 703-7772

    *Attorney for Plaintiff Park Plus, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of February, 2023, a copy of the forgoing Notice of Voluntary Dismissal was efiled with MDEC and a copy was emailed to the following:

Daniel Lynn, Esquire
Peter J. Jenkins, Esquire
Jackson & campbell, P.C.
2300 N Street NW, Suite 300
Washington, D.C. 20027
dlynn@jackscamp.com
pjenkins@jackscamp.com

/s/ Kathleen M. McDonald