IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PARK PLUS, INC.

    *Plaintiff*

v.

LEXINGTON INSURANCE COMPANY

    *Defendant*

Civil Action No. 1:23-cv-00123-ELH

Approved -
ELH
USDJ
2/9/23

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Park Plus, Inc. ("Park Plus"), by its undersigned counsel, hereby gives notice, pursuant to Federal Rule 41(a), that it is dismissing this action. Park Plus recently discovered that both corporate parties were incorporated in the State of Delaware so that this Court does not have subject matter jurisdiction over this action.

    */s/ Kathleen M. McDonald*
    Federal Bar No.:00764
    Baldwin|Seraina, LLC
    111 South Calvert Street
    Suite 1805
    Baltimore, Maryland 21202
    Telephone: (410) 385-5695
    Facsimile: (443) 703-7772

    *Attorney for Plaintiff Park Plus, Inc.*